UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-80989-REINHART

CARTAVIOUS BALDWIN,

        Plaintiff,

vs.

ALLEY BANK,

        Defendant.

_____/

**REPORT AND RECOMMENDATION OF DISMISSAL AND ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE**

*Pro Se* Plaintiff, Cartavious Baldwin, filed his Complaint along with a Motion for leave to proceed *in forma pauperis*. Plaintiff's Motion provided limited information about his earnings, assets, and liabilities. *See generally* ECF No. 3. So, I denied his Motion without prejudice and directed him to file the long form financial affidavit no later than August 27, 2025. ECF No. 6. I cautioned the Plaintiff that his failure to comply may result in this Court "recommend[ing] that the case be dismissed without further notice." *Id.* at 2. That deadline has expired, and Plaintiff has failed to comply. To date, Plaintiff has failed to file an amended Motion nor did Plaintiff pay the requisite filing fee. Accordingly, the Complaint should be dismissed. *El v. Tony*, No. 19-61638-CIV, 2019 WL 13215373, at *2 (S.D. Fla. Oct. 23, 2019) (dismissing complaint without prejudice for failure to pay filing fee or file proper IFP motion);

*Fulmore v. Inch*, No. 21-CV-22572-RAR, 2021 WL 3270058, at *1 (S.D. Fla. July 30, 2021) (same).

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court dismiss Plaintiff's Complaint without prejudice.

## DISTRICT JUDGE ASSIGNMENT

Pursuant to Administrative Order 2025-11, I submit my findings in a Report and Recommendation because the Plaintiff has not yet been given an opportunity to be noticed of the opt-out procedures on Magistrate Judge Jurisdiction. **Accordingly, the Clerk of Court is DIRECTED to assign a District Judge.**

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the assigned District, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 18th day of November 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE