**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-80989-CV-MIDDLEBROOKS

CARTAVIOUS BALDWIN,

    Plaintiff,

v.

ALLEY BANK,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE

THIS CAUSE comes before the Court on United States Magistrate Judge Bruce Reinhart's Report and Recommendation (the "Report") entered on November 18, 2025. (DE 7). The Report recommends dismissal of Plaintiff's Complaint without prejudice for failure to comply with a previous court order requiring Plaintiff to submit a long form financial affidavit. *Id.* Plaintiff was warned that his failure to timely submit an appropriate financial affidavit may result in dismissal. Plaintiff never filed the affidavit as directed, and he also did not file objections to this Report recommending dismissal on that basis. The deadline to object to the Report expired on December 2, 2025.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Reinhart's recommendation and accordingly the complaint shall be dismissed and this case will be closed. Accordingly, it is **ORDERED AND ADJUDGED** that:

    (1) Magistrate Judge Reinhart's Report and Recommendation (DE 7) is **ADOPTED**.

    (2) Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE.**

    (3) The Clerk of Court shall **CLOSE THIS CASE.**

(4) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 12th day of December, 2025

Donald M. Middlebrooks
United States District Judge

cc:   Magistrate Judge Bruce Reinhart

**Cartavious Baldwin**
120 Debouloop
Belle Glade, FL 33430
PRO SE